

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kurtis Leonard Shelton, Appellant

No. 06-13-00049-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 23542). Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the $226.00 attorney fee award, leaving "a total of $262.00 in court costs assessed to" Appellant.  As modified, the judgment of the trial court is affirmed.

We further order that the appellee pay all costs of this appeal.

RENDERED AUGUST 22, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk